| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Conrey, John, Brian** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Conrey, Katherine, Baber** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Hearing Professionals of America**<br>**Shops of Unique** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **2829** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **5988** |
| Street Address of Debtor (No. & Street, City, and State):<br>**807 Preston Lane**<br>**Oswego, IL**<br>ZIP CODE **60543** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**807 Preston Lane**<br>**Oswego, IL**<br>ZIP CODE **60543** |
| County of Residence or of the Principal Place of Business:<br>**Kendall** | County of Residence or of the Principal Place of Business:<br>**Kendall** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*)<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| | **Chapter 11 Debtors** |

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**John Brian Conrey, Katherine Baber Conrey** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | **X   Not Applicable**<br><br>_____<br>Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | John Brian Conrey, Katherine Baber Conrey |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **s/ John Brian Conrey** | X **Not Applicable** |
| Signature of Debtor    **John Brian Conrey** | (Signature of Foreign Representative) |
| X **s/ Katherine Baber Conrey** | |
| Signature of Joint Debtor    **Katherine Baber Conrey** | (Printed Name of Foreign Representative) |
| Telephone Number (If not represented by attorney) | |
| **4/8/2013** | |
| Date | Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X **s/Daniel K. Robin** | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Signature of Attorney for Debtor(s) | |
| **Daniel K. Robin  Bar No.  2354705** | |
| Printed Name of Attorney for Debtor(s) / Bar No. | |
| **Daniel K. Robin Ltd.  2354705** | **Not Applicable** |
| Firm Name | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **121 S. Wilke Rd. Suite 201** | |
| Address | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Arlington Heights, IL 60005** | |
| **(847)670-9100**          **(847) 398-8377** | |
| Telephone Number | |
| **4/8/2013** | Address |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | X **Not Applicable** |
| | Date |

| Signature of Debtor (Corporation/Partnership) | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | If more than one person prepared this document, attach to the appropriate official form for each person. |
| X **Not Applicable** | |
| Signature of Authorized Individual | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Printed Name of Authorized Individual | |
| Title of Authorized Individual | |
| Date | |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **John Brian Conrey    Katherine Baber Conrey**                    ,          Case No. _____
                                                          Debtors

                                                                                    Chapter     **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $       290,000.00 | | |
| B - Personal Property | YES | 3 | $        28,239.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $       721,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $             0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 70 | | $     3,254,905.51 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $       4,582.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $       2,653.00 |
| TOTAL | | 82 | $       318,239.00 | $     3,975,905.51 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re   **John Brian Conrey   Katherine Baber Conrey**

Debtors

Case No. _____

Chapter   **7**   _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **4,582.00** |
| Average Expenses (from Schedule J, Line 18) | $ | **2,653.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **5,800.00** |

**United States Bankruptcy Court**
**Northern District of Illinois**
Eastern Division

In re  **John Brian Conrey   Katherine Baber Conrey**                    Case No. _____
                                                              Debtors                    Chapter   **7** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **456,990.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **3,254,905.51** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **3,711,895.51** |

B6A (Official Form 6A) (12/07)

In re:  **John Brian Conrey   Katherine Baber Conrey**                              Case No. _____
                                   **Debtors**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **807 Preston Lane, Oswego, IL  60543** | **Co-Owner** | **J** | **$ 290,000.00** | **$ 355,000.00** |
| | **Total** ➢ | | **$ 290,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **John Brian Conrey   Katherine Baber Conrey** _____,   Case No. _____
                                    **Debtors**                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **nominal cash** | J | 75.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking and savings at First Midwest** | J | 300.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **savings at USAA** | W | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **misc furniture furnishings and electronics** | J | 450.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **clothing** | J | 300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **term life ins Transworld** | H | 1.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **term life ins with Fed Ex** | H | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **529 plan   the only monies put in within the last year is $100 per month.** | H | 9,000.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of the Shops of Unique, Inc.  This was an eye care distribution company.  nothing left but office supplies.** | H | 10.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John Brian Conrey   Katherine Baber Conrey** _____,     Case No. _____
                                          **Debtors**                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Hearing Professionals of America, LLC  This is the parent company to 53 series of LLC's of audiology centers. HPA LLC owns and manages the 58 servies locations. Each location was a separate entity called a "series."  Neither parent nor series owned any equipment, office supplies or inventory. The only assets were the bank accounts which are now zero or close to zero.  No monies were paid to or for the benefit of debtors in the last year.** | H | 1.00 |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 Chev. Cruze** | W | 18,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **verbal lease of a vehicle. 2013 Chevrolet Equinox. Debtor husband pays his father on this lease.** | H | 1.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  <u>John Brian Conrey   Katherine Baber Conrey</u>,          Case No. _____
                          **Debtors**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

<u>    2    </u>  continuation sheets attached          Total  ➤     **$ 28,239.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (4/10)**

In re  **John Brian Conrey    Katherine Baber Conrey**                                    ,        Case No. _____
                                                                    Debtors                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 529 plan   the only monies put in within the last year is $100 per month. | 735 ILCS 5/12-1001(b) | 1,200.00 | 9,000.00 |
| checking and savings at First Midwest | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| clothing | 735 ILCS 5/12-1001(a),(e) | 300.00 | 300.00 |
| misc furniture furnishings and electronics | 735 ILCS 5/12-1001(b) | 450.00 | 450.00 |
| savings at USAA | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re   **John Brian Conrey   Katherine Baber Conrey**                              .      Case No.   _____

**Debtors**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx8508<br>**Ally Financial**<br>**P.O. Box 380901**<br>**Bloomington MN  55438-0901** | | W | **Security Agreement**<br>**2013 Chev. Cruze**<br>_____<br>**VALUE $18,000.00** | | | | 20,000.00 | 2,000.00 |
| ACCOUNT NO.  unknown<br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE  19850-5298** | | J | **Security Agreement**<br>**100% of the Shops of Unique, Inc.  This was an eye care distribution company.  nothing left but office supplies.**<br>**807 Preston Lane, Oswego, IL 60543**<br>_____<br>**VALUE $290,010.00** | | | | 346,000.00 | 389,990.00 |
| ACCOUNT NO.  xxxx8583<br>**Ocwen Loan Servicing, LLC**<br>**P.O. Box 785063**<br>**Orlando   FL  32878** | | H | **First Lien on Residence**<br>**807 Preston Lane, Oswego, IL 60543**<br>_____<br>**VALUE $290,000.00** | | | | 355,000.00 | 65,000.00 |

<u>0</u>      continuation sheets
attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $   721,000.00 | $   456,990.00 |
| $   721,000.00 | $   456,990.00 |

(Report also on Summary of   (If applicable, report
Schedules)                        also on Statistical
                                      Summary of Certain
                                      Liabilities and
                                      Related Data.)

B6E (Official Form 6E) (4/10)

**In re** <u>John Brian Conrey   Katherine Baber Conrey</u>                              **Case No.** <u>                    </u>
                                    Debtors                                                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re  **John Brian Conrey    Katherine Baber Conrey**                    , Case No. _____
Debtors                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals▶ (Totals of this page) | $        **0.00** | $        **0.00** | $        **0.00** |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $        **0.00** | | |
| Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $        **0.00** | $        **0.00** |

B6F (Official Form 6F) (12/07)

In re  John Brian Conrey   Katherine Baber Conrey
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Accessline Communications**<br>**400 International Way #100**<br>**Springfield, OR  97477** | | H | business | | | X | 73.14 |
| ACCOUNT NO.<br><br>**Advanced Eye Care Associates**<br>**1832 Castleton Way**<br>**Delaware, OH  43015** | | H | business | | | X | 4,499.00 |
| ACCOUNT NO.<br><br>**Advanced Eye Group LLC**<br>**907 N. Main Rd. Bldg A**<br>**Vineland, NJ  08360** | | H | business | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Advanced Hearing Group LLC**<br>**907 N. Main Rd.**<br>**Vineland, NJ  08360** | | H | business | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Affordable Eye Care**<br>**11301 Commerce Rd. #A**<br>**Allendale, MI  49401** | | H | business | | | X | 1.00 |

<u>69</u>  Continuation sheets attached

Subtotal ➢ $                    4,575.14

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>John Brian Conrey   Katherine Baber Conrey</u>          Case No. _____
                              Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alan H. Shifrin & Associates**<br>**3315 Algonquin Rd.  #202**<br>**Rolling Meadows, IL  60008** | | H | **business** | | | X | **13,493.00** |
| ACCOUNT NO.  **MI1003**<br>**Allendale Eye Care**<br>**11301 Commerce Rd. #A**<br>**Allendale, MI  49401** | | H | **business** | | | X | **433.27** |
| ACCOUNT NO.<br>**Allwell Financial**<br>**1111 Bayhill Dr.  #450**<br>**San Bruno, CA  94066** | | H | **business** | | | X | **15,000.00** |
| ACCOUNT NO.  **3727 xxxxxxx 01006**<br>**American Express Gold**<br>**2965 W. Corporate Lakes Blvd.**<br>**Weston, FL  33331-3626** | | H | **business** | | | X | **55,067.91** |
| ACCOUNT NO.  **84541894412**<br>**American Express Loc**<br>**2965 W. Corporate Lakes Blvd.**<br>**Weston, FL  33331-3626** | | H | **business** | | | X | **17,272.87** |

<u>69</u>   Continuation sheets attached

Sheet no. <u>1</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                                **101,267.05**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey _____        Case No. _____
                              Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    3727 xxxxxx 71002 | | H | | | | X | 53,333.19 |
| American Express Platinum 2965 W. Corporate Lakes Blvd. Weston, FL  33331-3626 | | | buiness | | | | |
| ACCOUNT NO.    3715 xxxxxx 61017 | | H | | | | X | 87,747.62 |
| American Express Plum 2965 W. Corporate Lakes Blvd. Weston, FL  33331-3626 | | | business | | | | |
| ACCOUNT NO. | | H | | | | | 504.00 |
| Anthony Meyer 6914 Green Meadow Dr. Saginaw, MI  48603 | | | businesss | | | | |
| ACCOUNT NO. | | H | | | | X | 1,757.14 |
| Associates in Eyecare PLC Birch Run Vision Center 8470 Main St. #d Birch Run, MI  48415 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Atascosa Frio Vision Source 1514 W. Oaklawn Rd. Pleasanton, TX  78061 | | | business | | | | |

_69_  Continuation sheets attached

Sheet no. _2_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $            143,342.95

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey** _____   Case No. _____
_____
Debtors                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ATS Acoustics Inc.** <br> **P.O. Box 260** <br> **15 W. Main St.** <br> **Piper City, IL  60959** | | H | **business** | | | X | 2,739.69 |
| ACCOUNT NO. <br><br> **Attentive Eye Care Optometry** <br> **3010 W. Orange Ave.  #110** <br> **Anaheim, CA  92804** | | H | **business** | | | X | 1.00 |
| ACCOUNT NO.   **119134** <br><br> **Bank of America** <br> **P.O. Box 45144** <br> **FL9-100-04-24 Bld 100 4th Flr.** <br> **Jacksonville, FL  32232-9923** | | H | **business** | | | X | 34,951.54 |
| ACCOUNT NO.   **xxxx xxxx xxxx 8850** <br><br> **Bank of America** <br> **P.O. Box 982234** <br> **El Paso, TX  79998-2234** | | W | **consumer** | | | | 14,169.00 |
| ACCOUNT NO.   **4339 xxxx xxxx 0313** <br><br> **Bank of America** <br> **Business Card Services** <br> **P.O. Box 982238** <br> **El Paso, TX  79998-2238** | | H | **business** | | | X | 8,700.00 |

__69__  Continuation sheets attached

Sheet no. _3_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $   **60,561.23**

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                          Case No. _____
_____
Debtors                                                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **xxxxxxxxxxxx7864**<br>**Bank of America**<br>**P.O. Box 982234**<br>**El Paso, TX  79998-2234** | | H | consumer | | | | 13,896.00 |
| ACCOUNT NO.  **xxxx xxxx xxxx 4820**<br>**Bank of America**<br>**P.O. Box 982234**<br>**El Paso, TX  79998-2234** | | H | consumer | | | | 10,075.00 |
| ACCOUNT NO.<br>**Barbara Ginter**<br>**1410 Pine St.**<br>**Hollidaysburg, PA  16648** | | H | business | | | X | 5,685.00 |
| ACCOUNT NO.<br>**Barbara Rezk**<br>**4008 Crawford Ave.**<br>**Northern, PA  15714** | | H | business | | | X | 1,375.00 |
| ACCOUNT NO.<br>**Bari Turner**<br>**7920 W. Coronado Rd.**<br>**Scottsdale, AZ  85257** | | H | business | | | X | 504.00 |

_69_  Continuation sheets attached

Sheet no. _4_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                    **31,535.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey**                          Case No. _____

_____
                    **Debtors**                                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **06239/1254** | | H | | | | X | 9,000.00 |
| **Basham & Scott** P.O. Box 450676 Houston, TX 77245 | | | business | | | | |
| ACCOUNT NO.   **xxxx xxxx xxxx 3150** | | H | | | | | 5,240.00 |
| **Best Buy/ Capital One** P.O. Box 30253 Salt Lake City, UT 84130 | | | consumer | | | | |
| ACCOUNT NO.   **xxxxxxxxx0093** | | H | | | | | 3,119.00 |
| **Best By/ Chase** P.O. Box 15298 Wilmington, DE 19850 | | | consumer | | | | |
| ACCOUNT NO. | | H | | | | X | 524.13 |
| **Bieri Hearing Specialists** 2650 McCarty Rd. Saginaw, MI 48603 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 5,000.00 |
| **Brad Beatty** 740 Main St. Mendota Heights, MN 55118 | | | business | | | | |

_69_   Continuation sheets attached

Sheet no. _5_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                    **22,883.13**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   John Brian Conrey   Katherine Baber Conrey
_____   Case No. _____
Debtors   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Brad Conrey** **11S456 Walter Lane** **Naperville, IL   60564** | | H | business | | | X | 25,000.00 |
| ACCOUNT NO. **Brian Babbs** **Lens Mart Optical** **323 E. US Highway 54** **Camdenton, MO   65020** | | H | lease business | | | X | 1.00 |
| ACCOUNT NO. **Briana Young** **12919 Meadow Lane** **Plainfield, IL  60585** | | H | business | | | X | 1,300.00 |
| ACCOUNT NO. **Briana Young** **12919 Meadow Lane** **Plainfield, IL  60585** | | H | business | | | X | 1,386.00 |
| ACCOUNT NO. **Brown Taxes LLC** **2911 Turtle Creek Blvd.  #300** **Dallas, TX  75219** | | H | business | | | X | 3,973.13 |

<u>69</u>   Continuation sheets attached

Sheet no. <u>6</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 31,660.13

Total ➤ $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>John Brian Conrey   Katherine Baber Conrey</u>                    Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **C#12B028217** <br><br> **Budget Rent A Car** <br> **P.O. Box 403962** <br> **Atlanta, GA  30384** | | H | business | | | X | **7,227.10** |
| ACCOUNT NO.   **IL1009** <br><br> **Burgwal Hearing LLC** <br> **1711 S. Neil** <br> **Champaign, IL  61820** | | H | business | | | X | **1,405.26** |
| ACCOUNT NO. <br><br> **California Oaks Vision Center** <br> **24400 Jackson Ave., Suite A** <br> **Murrieta, CA  92562** | | H | business | | | X | **5,099.50** |
| ACCOUNT NO.   **CO1003** <br><br> **Cameron Street Investments** <br> **212 Cameron** <br> **Brush, CO  80723** | | H | business | | | X | **809.68** |
| ACCOUNT NO.   **xxxx xxxx xxxx 3710** <br><br> **Capital One, N.A.** <br> **P.O.  Box 21887** <br> **Eagan, MN  55121** | | W | consumer | | | | **5,790.00** |

<u>69</u>   Continuation sheets attached

Sheet no.  <u>7</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⊁  $                                  **20,331.54**

Total  ⊁   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                              Case No. _____

_____
Debtors                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5348 xxxx xxxx 1353**<br><br>**Care Credit**<br>**P.O. Box 8726**<br>**Dayton, OH  45401** | | H | **business** | | | X | **20,000.00** |
| ACCOUNT NO.  **xxxx xxxx xxxx 7010**<br><br>**Care Credit**<br>**c/o GE Money Bank**<br>**PO Box 960061**<br>**Orlando FL  32896-0061** | | H | **consumer** | | | | **501.26** |
| ACCOUNT NO.<br><br>**Carl Carlson**<br>**308 Applewood**<br>**Brush, CO  80723** | | H | **business** | | | X | **4,390.00** |
| ACCOUNT NO.  **32878**<br><br>**Cbeyond Communications**<br>**13474 Collections Center Dr.**<br>**Chicago, IL  60693** | | H | **business** | | | X | **13,383.39** |
| ACCOUNT NO.<br><br>**Central Du Page Vision Center**<br>**27 W 183 Geneva Rd.**<br>**Winfield, IL  60190** | | H | **business** | | | X | **1.00** |

_69_  Continuation sheets attached

Sheet no.  _8_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $                **38,275.65**

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   John Brian Conrey   Katherine Baber Conrey
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxxx xxxx xxxx 4413<br><br>**Chase Bank Card Member Services**<br>**P.O. Box 15298**<br>**Wilmington, DE  19850-5298** | | H | business | | | X | 3,216.68 |
| ACCOUNT NO.<br><br>**Chase Bank Card Member Services**<br>**P.O. Box 15548**<br>**Wilmington, DE  19850-5548** | | H | business | | | X | 49,378.00 |
| ACCOUNT NO.   107432<br><br>**Cintas Fire Protection**<br>**1080 Corporate Blvd.**<br>**Aurora, IL  60502** | | H | business | | | X | 66.75 |
| ACCOUNT NO.   0800729297<br><br>**Citibank**<br>**1195 E. Ogden Ave.**<br>**Naperville, IL  60563** | | H | business | | | X | 38,981.19 |
| ACCOUNT NO.   xxxx xxxx xxxx 4855<br><br>**Citibank**<br>**100 Citibank Dr.**<br>**San Antonio, TX  78245-3214** | | H | business | | | X | 10,000.00 |

_69_ Continuation sheets attached

Sheet no. _9_ of _69_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 101,642.62

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>John Brian Conrey   Katherine Baber Conrey</u>                    Case No. _____
                              **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **xxxx xxxx xxxx 5610**<br><br>**Citibank Credit Card**<br>**701 E. 60th St. N.**<br>**Sioux Falls, SD  57104** | | H | consumer | | | | 19,000.00 |
| ACCOUNT NO.<br><br>**Clearview Vision Care**<br>**2644 E. Broadway**<br>**Tucson, AZ  85716** | | H | business | | | X | 1.00 |
| ACCOUNT NO.   **40-0028492**<br><br>**Cole Information**<br>**P.O. Box 77009**<br>**Cleveland, OH  44194** | | H | business | | | X | 1,250.00 |
| ACCOUNT NO.<br><br>**Cole Information**<br>**P.O. Box 77009**<br>**Cleveland, OH  44194-7009** | | H | business | | | X | 1,500.00 |
| ACCOUNT NO.   **341207**<br><br>**Commonwealth of Kentucky**<br>**Dept. of Revenue**<br>**Frankfort, KY  40620** | | H | business | | | X | 500.00 |

<u>69</u>   Continuation sheets attached

Sheet no. <u>10</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **22,251.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>John Brian Conrey  Katherine Baber Conrey</u>  Case No. _____
Debtors  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Community Eyecare** <br> **1255 Appleton Rd.** <br> **Menasha, WI  54952** | | H | business | | | X | 3,552.14 |
| ACCOUNT NO. **WI1001** <br> **Community Vision & Hearing LLC** <br> **1255 Appleton** <br> **Menasha, WI  54952** | | H | business | | | X | 952.89 |
| ACCOUNT NO. **41058** <br> **Computers Unlimited** <br> **2407 Montana Ave.** <br> **Billings, MT  59101** | | H | business | | | X | 54,554.20 |
| ACCOUNT NO. <br> **Country Inn and Suites** <br> **950 Lakes Superior Dr.** <br> **Matteson, IL  60443** | | H | business | | | X | 2,000.00 |
| ACCOUNT NO. <br> **Crystal Clear Vision Group** <br> **515 W. Allen Ave.  #14** <br> **San Dimas, CA  91773** | | H | business | | | X | 130,000.00 |

<u>69</u>  Continuation sheets attached

Sheet no. <u>11</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **191,059.23**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey**                          Case No. _____
                                     **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 344.32 |
| D&I Electronics 24802 Caton Farm Rd. Plainfield, IL 60544 <br><br> Richard T. Avis P.O. Box 1008 Arlington Heights, IL 60006 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 2,119.95 |
| Damon McInnes 1763 Northview Dr. Lapeer, MI 48446 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Danada Vision Center 115 Danada Sq. Wheaton, IL 60189 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 3,500.00 |
| Danny Guzman 1300 Elizabeth St. Joliet, IL 60435 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 10,000.00 |
| David Borland 2400 Hwy. 95, #50 Bullhead City, AZ 86442 | | | business | | | | |

<u>69</u>   Continuation sheets attached

Sheet no. <u>12</u> of <u>69</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ 15,965.27

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey**                    Case No. _____
_____
                    **Debtors**                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**David Brown**<br>**208 E. Main St.  #2**<br>**Gillett, WI  54124** | | H | business | | | X | **50,000.00** |
| ACCOUNT NO.<br><br>**David Hammond**<br>**1604 N. Corona St.**<br>**Colorado Springs, CO  80907** | | H | business | | | X | **4,574.50** |
| ACCOUNT NO.<br><br>**David Rahauser**<br>**157 E. Washington St.**<br>**Chambersburg, PA  17201** | | H | business | | | X | **50,000.00** |
| ACCOUNT NO.   **003-88720-004**<br><br>**Dell Business Credit**<br>**One Dell Way Building 3**<br>**Mailstop:  RR3-66**<br>**Bound Rock, TX  78682** | | H | business | | | X | **2,124.99** |
| ACCOUNT NO.   **003-88720-009**<br><br>**Dell Business Credit**<br>**One Dell Way Building 3**<br>**Mailstop:  RR3-66**<br>**Bound Rock, TX  78682** | | H | business | | | X | **2,657.20** |

    69   Continuation sheets attached

Sheet no. 13 of 69 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                    Subtotal  ➤  $        **109,356.69**

                                                                    Total  ➤  $

                                    (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable on the Statistical
                                Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey**                          Case No. _____
                        Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **003-88720-002**<br><br>**Dell Business Credit**<br>**One Dell Way Building 3**<br>**Mailstop:  RR3-66**<br>**Bound Rock, TX  78682** | | H | business | | | X | 912.08 |
| ACCOUNT NO.   **003-88720-008**<br><br>**Dell Business Credit**<br>**One Dell Way Building 3**<br>**Mailstop:  RR3-66**<br>**Bound Rock, TX  78682** | | H | business | | | X | 2,289.56 |
| ACCOUNT NO.   **003-88720-007**<br><br>**Dell Business Credit**<br>**One Dell Way Building 3**<br>**Mailstop:  RR3-66**<br>**Bound Rock, TX  78682** | | H | business | | | X | 2,814.36 |
| ACCOUNT NO.   **003-88720-006**<br><br>**Dell Business Credit**<br>**One Dell Way Building 3**<br>**Mailstop:  RR3-66**<br>**Bound Rock, TX  78682** | | H | business | | | X | 4,439.60 |
| ACCOUNT NO.   **003-88720-003**<br><br>**Dell Business Credit**<br>**One Dell Way Building 3**<br>**Mailstop:  RR3-66**<br>**Bound Rock, TX  78682** | | H | business | | | X | 1,500.72 |

_69_  Continuation sheets attached

Sheet no. _14_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    11,956.32

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __John Brian Conrey   Katherine Baber Conrey_____      Case No. _____
                          Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **003-88720-005** <br><br> **Dell Business Credit** <br> **One Dell Way Building 3** <br> **Mailstop: RR3-66** <br> **Bound Rock, TX 78682** | | H | business | | | X | 3,113.88 |
| ACCOUNT NO. **003-88720-010** <br><br> **Dell Business Credit** <br> **One Dell Way Building 3** <br> **Mailstop: RR3-66** <br> **Bound Rock, TX 78682** | | H | business | | | X | 3,542.55 |
| ACCOUNT NO. **6879450204012767772** <br><br> **Dell Business Credit** <br> **One Dell Way Building 3** <br> **Mailstop: RR3-66** <br> **Bound Rock, TX 78682** | | H | business | | | X | 41,057.03 |
| ACCOUNT NO. <br><br> **Delman Law Firm** <br> **2798 Woodgate Rd. #C** <br> **Montrose, CO 81401** | | H | business | | | X | 50,000.00 |
| ACCOUNT NO. **AL1001** <br><br> **Demopolis Health Management LLC** <br> **1401 US Hwy. 80 W** <br> **Demopolis, AL 36732** | | H | business | | | X | 716.13 |

__69__  Continuation sheets attached

Sheet no. __15__ of __69__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | **98,429.59**

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                          Case No. _____
                                    Debtors                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | business | | | X | 50,000.00 |
| **Department of Labor & Employment** 633 17th Street #200 Denver, CO 80202 | | | | | | | |
| ACCOUNT NO.  **xxxx xxxx xxxx 3470** | | H | consumer | | | | 7,191.00 |
| **Discover** P.O. Box 15316 Wilmington, DE 19850 | | | | | | | |
| ACCOUNT NO. | | H | business | | | X | 1.00 |
| **Doctors of Optometry** 108 Olde Farm Office Rd. Duncansville, PA 16635 | | | | | | | |
| ACCOUNT NO. | | H | business | | | X | 2,990.00 |
| **Donna Bell** 1125 NW Washington Blvd. Apt. 4 Hamilton, OH 45013 | | | | | | | |
| ACCOUNT NO. | | H | lease business | | | X | 1.00 |
| **Dr. Alan Hymowitz** **Optical Universal** 3369 Buford Hwy. Atlanta, GA 30329 | | | | | | | |

         69   Continuation sheets attached

Sheet no.  16  of  69  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                 Subtotal  ➤  $       60,183.00

                                                                    Total  ➤  $

                                      **(Use only on last page of the completed Schedule F.)**
                         **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                   **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey                    Case No. _____
_____
Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Andrew Adamich Gravity Works Vision Development 314 S. 6th St. Montrose, CO 81401 | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | | 1.00 |
| Dr. Caldwell Gregory Doctors of Optometry 108 Olde Farm Office Rd. Duncansville, PA 16635 | | | lease business | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Dr. Carlos E. Rodriguez Southwest Texas Eye Care Assoc. 2076 N. Veterans Blvd. #e Eagle Pass, TX 78852 | | | | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Chad Green Green Family Eye Care 1401 U.S. Highway 80 West Demopolis, AL 36732 | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Charlie Parsons Greencastle Eye Care Center 50 Eastern Ave. #107 Greencastle, PA 17225 | | | lease business | | | | |

69   Continuation sheets attached

Sheet no. 17 of 69 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                4.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __John Brian Conrey   Katherine Baber Conrey_____      Case No. _____
                        **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Chris Gentile Sachem Family Eye Care 388 Hawkins Ave.  #2 Ronkonkoma, NY  11779** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Christian Burch Danada Vision Center 115 Danada Sq. E. Wheaton, IL  60189** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Chuck Burgess Community Eye Care 1255 Appleton Rd. Menasha, WI  54952** | | | lease business | | | | |
| ACCOUNT NO.    OH1002 | | H | | | | X | 1.00 |
| **Dr. David  Zender 1832 Castelton Way Delaware, OH  43015** | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. David Rhoads Central Du Page Eye Care 27 W 183 Geneva Rd. Winfield, IL  60190** | | | lease business | | | | |

__69__   Continuation sheets attached

Sheet no. __18__ of __69__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤   $          **5.00**

Total    ➤   $

(Use only on last page of the completed Schedule F.)
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>John Brian Conrey   Katherine Baber Conrey</u>                    Case No. _____
                    **Debtors**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. David Zehnder Advanced Eyecare Associates 1832 Castelton Way Delaware, OH 43015** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Dirk Massie Performance Eyecare 4111 W. North Illinois St. Swansea, IL 62226** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Erik Burgwald Jones Optical 1711 S. Neil Champaign, IL 61820** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Felicia A. Simonis 155 N. 2nd Ave. Upland, CA 91786** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Frank D'Orio Advanced Eye Care 907 N. Main Rd. Vineland, NJ 08360** | | | lease business | | | | |

<u>69</u>   Continuation sheets attached

Sheet no. <u>19</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      5.00

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Dr. Gail Bass**<br>**Excel Vision**<br>**5425 E. Bell Rd.  #135**<br>**Scottsdale, AZ  85254** | | H | **lease business** | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Dr. George Hertneky**<br>**Hertneky Vision Source**<br>**212 Cameron St.**<br>**Brush. CO  80723** | | H | **lease business** | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Dr. James Harris**<br>**Modern Eye Care**<br>**5325 Vinning NW Street #202**<br>**Concord, NC  28027** | | H | **lease business** | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Dr. Janice Fredersickson**<br>**Family Eye Center**<br>**2020 Frederickson Place**<br>**Greensburg, PA  15601** | | H | **lease business** | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Dr. Jarod R. Wood**<br>**Wood Vision Clinic**<br>**713 S. Oak St.**<br>**Iowa Falls, IA  50126** | | H | **lease business** | | | X | 1.00 |

<u>69</u>   Continuation sheets attached

Sheet no. <u>20</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    5.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey    Katherine Baber Conrey**                            Case No. _____
_____
Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Jeff Martin** **Clear View Vision Care** **2644 E. Broadway Blvd.** **Tuscon, AZ  85716** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Jeffrey Robins** **Vision Care Associates** **1706 E. Roosevelt Rd.** **Wheaton, IL  60187** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Jim Kelly** **Du Page Family Eye Care** **652 Pickwick Place** **Glen Ellyn, IL  60137** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Julio Arroyo** **1111 Medical Plaza Dr.  #110** **The Woodlands, TX  77380** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Ken Marsch** **Southland Eye Associates** **19950 S. Governors Hwy.** **Olympia Fields, IL  60461** | | | lease business | | | | |

  69  Continuation sheets attached

Sheet no.  21  of  69  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                5.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                    Case No. _____
_____
Debtors                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Dr. Kent Yount** <br> **Mountain Vista Eyecare** <br> **7761 Shaffer Parkway, #200** <br> **Littleton, CO  80127** | | H | lease business | | | X | 1.00 |
| ACCOUNT NO. <br> **Dr. Khank Tran** <br> **Attentive Eye Care Optometry** <br> **3010 W. Orange Ave. #110** <br> **Anaheim, CA  92804** | | H | lease business | | | X | 1.00 |
| ACCOUNT NO. <br> **Dr. Larry Sylvester** <br> **Future Vision** <br> **494 Gateway Ave.** <br> **Chambersburg, PA  17201** | | H | lease business | | | X | 1.00 |
| ACCOUNT NO. <br> **Dr. Mel Hemlich** <br> **Libertyville Vision Center** <br> **307 S. Milwaukee Ave.** <br> **Libertyville, IL  60048** | | H | lease business | | | X | 1.00 |
| ACCOUNT NO. <br> **Dr. Michael Korenfield** <br> **Comprehensive Eye Care** <br> **901 East 3rd St.** <br> **Washington, MO  63090** | | H | lease business | | | X | 1.00 |

_69_  Continuation sheets attached

Sheet no. _22_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $                    **5.00**

Total  ➤  $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey**                         Case No. _____
_____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Michael Satryan**<br>**Mountain View Eye Assoc.**<br>**1418 11th Ave.**<br>**Altoona, PA  16601** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Michael Wallce**<br>**Flushing Vision Clinic**<br>**1379 Flushing Rd.**<br>**Flushing, MI  48433** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Mik Liulias**<br>**Vista Optometry**<br>**15 Pine Grove Sq.**<br>**Grove City, PA  16127** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Mike Brownfield**<br>**The Eyeglass Shoppe**<br>**3804 U.S. 30**<br>**Latrobe, PA  15650** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Mike Moorehead**<br>**Hamilton Eye Care Center**<br>**1360 Eaton Ave.**<br>**Hamilton, OH  45013** | | | lease business | | | | |

    69   Continuation sheets attached

Sheet no.  23  of  69  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal  ➤  $                 **5.00**

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   John Brian Conrey   Katherine Baber Conrey _____   Case No. _____
                          Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Neshia Ruud Today's Vision 4139 S. Broadway Ave. Tyler, TX 75701 | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Paul Heersink Monte Vista Eye Center 101 Chico Ct. #B Monte Vista, CO 81144 | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Richard Conflitti Allendale Eye Care 11301 Commerce Rd. #A Allendale, MI 49401 | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Richard Nuccio Nuccio Optometrists 136 W. Lake St. #110 Bloomingdale, IL 60108 | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Richard Sims Professionals Eyecare Center 1103 S. Cedar St. #200 Mason, MI 48854 | | | lease business | | | | |

<u>69</u>   Continuation sheets attached

Sheet no. <u>24</u> of <u>69</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $                    5.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Brian Conrey    Katherine Baber Conrey**
_____    Case No. _____
Debtors    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Dr. Rob Gerowitz 990 S. Cedar St. Palatine, IL  60067** | | H | business | | | X | 5,000.00 |
| ACCOUNT NO. **Dr. Rober Alongi Gurnee Eye Care 312 Tri-State Parkway #100 Gurnee, IL  60031** | | H | lease business | | | X | 1.00 |
| ACCOUNT NO. **Dr. Robert Layman Pinnacle Eye Group 3309 Quail Hollow Dr. #E Lambertville, MI  48144** | | H | lease business | | | X | 1.00 |
| ACCOUNT NO. **Dr. Robert Whitlow Whitlow Family Vision Centers 705 N. Race St. Glasgow, KY  42141** | | H | lease business | | | X | 1.00 |
| ACCOUNT NO. **Dr. Roger Fannin Family Vision Health Center 313 S. Carol Malone Blvd. Garyson, KY  41143** | | W | lease business | | | X | 1.00 |

_69_  Continuation sheets attached

Sheet no. _25_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                5,004.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __John Brian Conrey  Katherine Baber Conrey_____     Case No. _____
                          **Debtors**                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | | 1.00 |
| Dr. Ronald Wallie Eyes 20/20 115 W. Broad St. #A Newton Falls, OH  44444 | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Scott Anderson Visions Optometry 24351 Avenida De LaCarlota N-3 Laguna Hills, CA  92653 | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Scott Lewis California Oaks Vision Center 24400 Jackson Ave. #A Murrieta CA  92562 | | | lesee business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Spencer Obie Hands on Eyecare 12200 NW Freeway  #360 Houston, TX  77092 | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Dr. Stephen Planchet Atascosa Vision Source 1514 W. Oaklawn Pleasanton, TX  78064 | | | lease business | | | | |

_69_  Continuation sheets attached

Sheet no. _26_ of _69_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **5.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey _____        Case No. _____
　　　　　　　　　　　　　　　　　Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | lease business | | | X | 1.00 |
| Dr. Steve Chandler Primary Eye Care Associates 5460 S. Archer Ave. Chicago, IL  60638 | | | | | | | |
| ACCOUNT NO. | | H | lease business | | | X | 1.00 |
| Dr. Steve E. Loman Loman Eye Care 630 3rd Ave. SW  #100 Carmel, IN  46032 | | | | | | | |
| ACCOUNT NO.  WI1002 | | H | business | | | X | 1.00 |
| Dr. Steven Drake 130 E. Main St. Gillett, WI  54124 | | | | | | | |
| ACCOUNT NO. | | H | lease business | | | X | 1.00 |
| Dr. Steven Lobel Vision Care Associates 600 Franklin St. Schenectady, NY  12305 | | | | | | | |
| ACCOUNT NO. | | H | lease business | | | X | 1.00 |
| Dr. Susan Perdue Associates In Eyecare PC 8470 Main St.  #d Birch Run, MI  48415 | | | | | | | |

　　　　　69　 Continuation sheets attached

Sheet no.  27  of  69  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal　➤　$　　　5.00

Total　➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey** _____        Case No. _____
                                       Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Sywlia Szewck Ideal Family Eye Care 5526 N. Milwaukee Ave. #b Chicago, IL  60630** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Todd Kimball Sugar House Vision Clinic 2178 S. 900 East  #4 Salt Lake City, UT  84106** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Dr. Wes Kemp Kemp Family Eyecare 325 S. Main Ave. Bolivar, MO  65613** | | | lease business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Du Page Family Eye Care 652 Pickwick Place Glen Ellyn, IL  60137** | | | business | | | | |
| ACCOUNT NO.   **DPG1041565** | | W | | | | | 51.42 |
| **Du Page Medical Group c/o Nationwide Credit 15921 Collections Center Dr. Chicago, IL  60693** | | | consumer | | | | |

_69_  Continuation sheets attached

Sheet no. _28_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  **55.42**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey                    Case No. _____
                           Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PA1008 | | H | | | | X | 1,507.80 |
| Duncansville E&E LLC 108 Olde Farm Office Rd. Duncansville, PA   16635 | | | business | | | | |
| ACCOUNT NO.  IL1005 | | H | | | | X | 1,781.01 |
| Ear to Ear LLC 990 S. Cedar St. Palatine, IL   60067 | | | business | | | | |
| ACCOUNT NO.  948599023/518676 | | H | | | | | 7,667.00 |
| Earthmover Credit Union 2195 Baseline Rd. Montgomery IL  60538 | | | consumer | | | | |
| ACCOUNT NO. | | H | | | | X | 5,255.00 |
| Edelheit & Edelheit Ltd. 5836 Lincoln Ave. Morton Grove, IL  60053 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 1,950.00 |
| Edelheit and Edelheit 5835 Lincoln Ave. Morton Grove, IL  60053 | | | business | | | | |

69   Continuation sheets attached

Sheet no. 29 of 69 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▶  $            18,160.81

Total  ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                     Case No. _____
_____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Edmonton Family Vision Center**<br>**705 Race St.**<br>**Glasgow, KY  42141** | | H | business | | | X | 1,954.50 |
| ACCOUNT NO.  **E062711320**<br><br>**Edward Hospital**<br>**801 S. Washington St.**<br>**Naperville, IL  60540** | | H | consumer | | | | 150.00 |
| ACCOUNT NO.  **1075389**<br><br>**Edwards Health Ventures**<br>**26185 Network Place**<br>**Chicago, IL  60673** | | W | consumer | | | | 137.98 |
| ACCOUNT NO.  **E062713367**<br><br>**Edwards Health Ventures**<br>**26185 Network Place**<br>**Chicago, IL  60673** | | J | consumer | | | | 150.00 |
| ACCOUNT NO.  **811032**<br><br>**Edwards Hospital**<br>**c/o Merchants Credit**<br>**223 W. Jackson Blvd.**<br>**Chicago, IL  60606** | | H | consumer | | | | 942.00 |

_69_  Continuation sheets attached

Sheet no. _30_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                     **3,334.48**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey**                    Case No. _____
                                   **Debtors**                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Eugene Rowser, Sr. 1922 A Street Demopolis, AL 36732 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 5,700.00 |
| Euro Tech Cabinetry & Remodeling 12515 Rhea Drive Plainfield, IL 60585 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 1.00 |
| Excel Vision PC 5425 E. Bell Rd. #135 Scottsdale, AZ 85254 | | | business | | | | |
| ACCOUNT NO. 73000000 | | H | | | | X | 9,006.57 |
| ExSilent USA 11465 Valley View Rd. Eden Prairie, MN 55344 | | | business | | | | |
| ACCOUNT NO. IL1007 | | H | | | | X | 63.60 |
| Eye Hear Ltd. 36511 Field View Dr. Gurnee, IL 60031 | | | business | | | | |

__69__ Continuation sheets attached

Sheet no. __31__ of __69__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **14,772.17**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                    Case No. _____
                            Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Eyecare Clinics of Texas** <br> **1111 Medical Plaza Dr.** <br> **The Woodlands, TX 77380** | | H | business | | | X | 7,000.00 |
| ACCOUNT NO. **OH1003** <br><br> **Eyes 20-20** <br> **115 W. Broad St. #A** <br> **Newton Falls, OH 44444** | | H | business | | | X | 1,536.81 |
| ACCOUNT NO. <br><br> **Family Eye Care West** <br> **2020 Frederickson Place** <br> **Greensburg, PA 15601** | | H | business | | | X | 1.00 |
| ACCOUNT NO. <br><br> **FedEx** <br> **P.O. Box 94515** <br> **Palatine, IL 60094** | | H | business | | | X | 3,634.92 |
| ACCOUNT NO. **90514493** <br><br> **FedEx Freight** <br> **P.O. Box 10306** <br> **Palatine, IL 60055** | | H | business | | | X | 696.37 |

_69_ Continuation sheets attached

Sheet no. _32_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    **12,869.10**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**First Vision Media Group**<br>**25 E. Spring Valley Ave.  #290**<br>**Maywood, NJ  07607** | | H | business | | | X | 2,550.00 |
| ACCOUNT NO. <br><br>**First Vision Media Group Inc.**<br>**25 East Spring Valley Ave. #290**<br>**Maywood, NJ  07607** | | H | business | | | X | 3,400.00 |
| ACCOUNT NO.   **MI1001**<br><br>**Flushing Vision Clinic**<br>**1379 Flushing Rd.**<br>**Flushing, MI  48433** | | H | business | | | X | 1,577.79 |
| ACCOUNT NO. <br><br>**Flushing Vision Clinic**<br>**1379 Flushing Rd.**<br>**Flushing, MI  48433** | | H | business | | | X | 1.00 |
| ACCOUNT NO.   **UOPTIC**<br><br>**Frames Data**<br>**P.O. Box 10738**<br>**Newark, NJ  07193-0738** | | H | business | | | X | 14,500.50 |

69  Continuation sheets attached

Sheet no. 33 of 69 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 22,029.29

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   John Brian Conrey   Katherine Baber Conrey                    Case No. _____
                                    Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **PA1001** <br><br> **Future Hearing** <br> **494 Gateway** <br> **Chambersburg, PA  17201** | | H | business | | | X | 4,200.98 |
| ACCOUNT NO. <br><br> **Future Vision** <br> **494 Gateway** <br> **Chambersburg, PA  17201** | | H | business | | | X | 3,262.14 |
| ACCOUNT NO. **90136171201** <br><br> **GE Capital Leasing** <br> **P.O. Box 3083** <br> **Cedar Rapids, IA  52406-3083** | | H | business | | | X | 60,000.00 |
| ACCOUNT NO. <br><br> **George R. Wisman** <br> **6350 Telford Farm** <br> **Goshen, OH  45122** | | H | business | | | X | 1,134.00 |
| ACCOUNT NO. <br><br> **Gravity Works Vision Development Ct.** <br> **314 S. 6th Street** <br> **Montrose, CO  81401** | | H | business | | | X | 5,000.00 |

__69__  Continuation sheets attached

Sheet no. __34__ of __69__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **73,597.12**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                               Case No. _____
_____
Debtors                                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Green Family Eye Care** <br>**1401 S. Highway 80 W.** <br>**Demopolis, AL  36732** | | H | business | | | X | 1.00 |
| ACCOUNT NO. <br><br>**Greg Cazzell** <br>**1554 S. Campbell** <br>**Springfield, MO  65807** | | H | business | | | X | 9,184.40 |
| ACCOUNT NO.   **307126** <br><br>**Groot Inc.** <br>**1759 Elmhurst Rd.** <br>**Elk Grove Village, IL  60007** | | H | business | | | X | 1,920.75 |
| ACCOUNT NO. <br><br>**Gurnee Family Eye Care** <br>**312 Tri-State Parkway #100** <br>**Gurnee, IL   60031** | | H | business | | | X | 1.00 |
| ACCOUNT NO. <br><br>**H2B LLC** <br>**13957 S. Oregon Dr.** <br>**Plainfield, IL  60544** | | H | business | | | X | 1.00 |

<u>69</u>  Continuation sheets attached

Sheet no. <u>35</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **11,108.15**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    John Brian Conrey    Katherine Baber Conrey                          Case No. _____
                            **Debtors**                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **IL1011**<br><br>**H2B LLC**<br>**13957 S. Oregon Dr.**<br>**Plainfield, IL  60544** | | H | **business** | | | X | **699.50** |
| ACCOUNT NO.   **83340**<br><br>**Hal Hen**<br>**180 Atlantic Ave.**<br>**Garden City Park, NY  11040** | | H | **business** | | | X | **28,760.40** |
| ACCOUNT NO.   **OH1001**<br><br>**Hamilton Eyecare Center**<br>**1360 Eaton Ave.**<br>**Hamilton, OH  45013** | | H | **business** | | | X | **850.02** |
| ACCOUNT NO.   **H65**<br><br>**Hampton Inn & Suites**<br>**20920 Matteson Ave.**<br>**Matteson, IL   60443** | | H | **business** | | | X | **2,000.00** |
| ACCOUNT NO.<br><br>**Hands on Companies**<br>**12200 NW Freeway  #360**<br>**Houston, TX  77092** | | H | **business** | | | X | **1.00** |

_69_  Continuation sheets attached

Sheet no. _36_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                    **32,310.92**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    John Brian Conrey    Katherine Baber Conrey                     Case No. _____
                        **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2279**<br><br>**Hansaton Accoustics, Inc.**<br>**15650 36th Ave.  #110**<br>**Plymouth, MN  55446** | | H | business | | | X | 42,913.66 |
| ACCOUNT NO.<br><br>**Hertneky Vision Source**<br>**212 Cameran**<br>**Brush, CO  80723** | | H | business | | | X | 1.00 |
| ACCOUNT NO.<br><br>**HIMSA Inc.**<br>**2600 Egan Woods Dr. #460**<br>**Eagan, MN  55121** | | H | business | | | X | 17,500.00 |
| ACCOUNT NO.  **xxxxxxxxx9461**<br><br>**Home Depot Credit Services**<br>**PO Box 6497**<br>**Sioux Falls, SD   57117** | | H | consumer | | | | 10,542.00 |
| ACCOUNT NO.  **6035 xxxx xxxx 3469**<br><br>**Home Depot Credit Services**<br>**P.O. Box 653002**<br>**Dallas, TX  75265-3002** | | H | business | | | X | 5,771.17 |

_____69___  Continuation sheets attached

Sheet no. __37_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $           **76,727.83**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>John Brian Conrey    Katherine Baber Conrey</u>                          Case No. _____
                           Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **MJ 02306 CV 0000045 2013** | | H | business | | | X | 50,000.00 |
| **Honorable Rodney Hartman** **7458 E. Main St.** **New Holland, PA  17557** | | | | | | | |
| ACCOUNT NO. | | H | business | | | X | 500.00 |
| **Ialene Nicolaus** **909 Plummer School Rd.** **West Newton, PA  15089** | | | | | | | |
| ACCOUNT NO.    **0119403483** | | H | business | | | X | 750.00 |
| **Ice Mountain** **P.O. Box 52214** **Phoenix, AZ  85072-2214** | | | | | | | |
| ACCOUNT NO. | | H | business | | | X | 500.00 |
| **Ice Mountain** **P.O. Box  856680** **Louisville, KY  40285** | | | | | | | |
| ACCOUNT NO. | | H | business | | | X | 900.00 |
| **Ideal Family Eye Care** **5526 N. Milwaukee** **Chicago, IL  60630** | | | | | | | |

_69_  Continuation sheets attached

Sheet no. _38_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    52,650.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey**                     Case No. _____
                                                                                                    (If known)
_____
                    **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **IL1015**<br>**Ideal Family Eye Care**<br>**5526 N. Milwaukee Ave. #b**<br>**Chicago, IL  60630** | | H | business | | | X | 1,295.00 |
| ACCOUNT NO.<br>**Ideal Family Eye Care**<br>**5526 N. Milwaukee Ave.  #B**<br>**Chicago, IL  60630** | | H | business | | | X | 1.00 |
| ACCOUNT NO.   **13000323**<br>**Illinois Department of Labor**<br>**160 N. La Salle St.  C-1300**<br>**Chicago, IL  60601** | | H | business | | | X | 1,000.00 |
| ACCOUNT NO.   **ssn**<br>**Illinois Dept of Revenue**<br>**Level 7-425**<br>**100 W Randolph St.**<br>**Chicago IL  60506** | | J | **2006 and 2007   incomes taxes** | | | | 3,500.00 |
| ACCOUNT NO.   **14239**<br>**Illinois Paper Co.**<br>**6 Territorial Ct.**<br>**Bolingbrook, IL  60440** | | H | business | | | X | 5,711.00 |

_69_  Continuation sheets attached

Sheet no. _39_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **11,507.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey**                          Case No. _____
                        Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **ssn** <br><br>**Internal Revenue Service** <br>**Dept. of the Treasury** <br>**P.O. Box 7346** <br>**Philadelphia, PA   19101-7346** | | J | **2006 and 2007  1040 income taxes** | | | | **35,000.00** |
| ACCOUNT NO.   **IN00038082** <br><br>**Intracoustics USA** <br>**7625 Golden Triangle Dr.** <br>**Eden Prairie, MN   55344** | | H | **business** | | | X | **27,400.00** |
| ACCOUNT NO. <br><br>**Iowa Student Loan** <br>**6805 Vista Dr.** <br>**Ashbord 1 Bldg.** <br>**West Des Moines, IA  50266** | | H | **student loan** | | | | **60,000.00** |
| ACCOUNT NO.   **PA1006** <br><br>**Ives Eyecare** <br>**145 N. Water Dr.** <br>**West Newton, PA  15089** | | H | **business** | | | X | **663.75** |
| ACCOUNT NO. <br><br>**Ize Vision Center-Braidwood LLC** <br>**3108 S. Rt. 59 Ste. 124-195** <br>**Naperville, IL  60564** | | H | **business** | | | X | **717.44** |

_69_  Continuation sheets attached

Sheet no. _40_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **123,781.19**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey                           Case No. _____
                                    Debtors                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    IL1003 | | H | business | | | X | 1,524.43 |
| Ize Vision Center-Peotone LLC 3108 S. Rt. 59 Ste. 124-195 Naperville, IL  60564 | | | | | | | |
| ACCOUNT NO. | | H | business | | | X | 5,990.00 |
| Jack Beinlich 1207 Abbey Court Libertyville, IL  60048 | | | | | | | |
| ACCOUNT NO.    IL1006 | | H | business | | | X | 1.00 |
| James & Mary Kelly Properties LLC 1937 Hampton Dr. Wheaton, IL  60189 | | | | | | | |
| ACCOUNT NO. | | H | business | | | X | 2,000.00 |
| James LaValley 503 Riverbend Way Grayson, KY  41143 | | | | | | | |
| ACCOUNT NO. | | H | business | | | X | 906.00 |
| Jay Lehman 11118 Oak Rise San Antonio, TX  78249 | | | | | | | |

      69   Continuation sheets attached

Sheet no.  41 of 69 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    10,421.43

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                          Case No. _____
                                    **Debtors**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Jeff Bayliff** <br> **511 Mulberry St. #A** <br> **Holidaysburg, PA  16648** | | H | business | | | X | 5,090.01 |
| ACCOUNT NO.  **UOPTIC** <br><br> **Jobson Publishing** <br> **P.O. Box 35021** <br> **Newark, NJ  07193-5021** | | H | business | | | X | 2,666.67 |
| ACCOUNT NO. <br><br> **Joel Bank** <br> **2931 Robinwood Lane** <br> **Northport, AL  35476** | | H | business | | | X | 544.00 |
| ACCOUNT NO. <br><br> **John McTigue** <br> **20 Danada Sq. West #277** <br> **Wheaton, IL  60189** | | H | business | | | X | 50,000.00 |
| ACCOUNT NO. <br><br> **John Rendemonti P.C.** <br> **14 Regency Plaza** <br> **Glen Mills, PA  19342** | | H | business | | | X | 50,000.00 |

__69__  Continuation sheets attached

Sheet no. __42__ of __69__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            108,300.68

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   John Brian Conrey   Katherine Baber Conrey                        Case No. _____
                         Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Joshua T. Knipp <br> 10150 Mallard Creek Rd.  #106 <br> Charlotte, NC  28262 | | H | business | | | X | 50,000.00 |
| ACCOUNT NO. IL1001 <br> JSEC Hearing LLC <br> 1706 E. Roosevelt Rd. <br> Wheaton, IL  60187 | | H | business | | | X | 7,489.41 |
| ACCOUNT NO. TX1005 <br> Julio Arroyo O.D> <br> 1111 Medical Plaza Dr.  #110 <br> The Woodlands, TX  77380 | | H | business | | | X | 1.00 |
| ACCOUNT NO. VIS004 <br> Kahntact USA <br> 37 N. Hillside Ave. <br> Hillside, IL  60162 | | H | business | | | X | 930.00 |
| ACCOUNT NO. MO1003 <br> Kemp Family Eyecare <br> 325 S. Main <br> Bolivar, MO  65613 | | H | business | | | X | 7,806.00 |

      69   Continuation sheets attached

Sheet no. 43 of 69 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     66,226.41

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>John Brian Conrey   Katherine Baber Conrey</u>            Case No. _____
                          Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Kevin Mayer**<br>**31W680 Army Trail Rd.**<br>**Wayne, IL   60184** | | H | **business** | | | X | 10,000.00 |
| ACCOUNT NO.   **VIS004** <br><br>**Khantract USA Inc.**<br>**37 N. Hillside Ave.**<br>**Hillside, IL  60162** | | H | **business** | | | X | 900.00 |
| ACCOUNT NO.   **UT1001** <br><br>**Kimball LLC**<br>**2178 S. 900 East  #4**<br>**Salt Lake City, UT  84106** | | H | **business** | | | X | 1.00 |
| ACCOUNT NO.   **103-1353437-001** <br><br>**Leaf Funding Inc.**<br>**1720 S. Crete St.**<br>**Moberly, MO  65270** | | H | **business** | | | X | 54,749.54 |
| ACCOUNT NO. <br><br>**Lens Mart Optical**<br>**3797 Osage Beach Pkwy.**<br>**Osage Beach, MO  65065** | | H | **lease business** | | | X | 1.00 |

_69_   Continuation sheets attached

Sheet no. _44_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            65,651.54

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   John Brian Conrey   Katherine Baber Conrey                     Case No. _____
_____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Lens Mart Optical** <br> **3797 Osage Beach Pkwy.** <br> **Osage Beach, MO  65065** | | H | business | | | X | 1.oo |
| ACCOUNT NO.  **MO1002** <br><br> **Lensmart Optical** <br> **323 E. USA Hwy 54** <br> **Camdenton, MO  65020** | | H | business | | | X | 1,615.00 |
| ACCOUNT NO. <br><br> **Lewis Paper** <br> **2300 Windsor Ct.  Unit A** <br> **Addison, IL  60101** | | H | business | | | X | 3,010.82 |
| ACCOUNT NO. <br><br> **Libertyville Vision Center** <br> **307 S. Milwaukee Ave.** <br> **Libertyville, IL  60048** | | H | business | | | X | 877.86 |
| ACCOUNT NO. <br><br> **Loman Eye Care** <br> **630 3rd Ave. SW  #100** <br> **Carmel, IN  46032** | | H | business | | | X | 1,000.00 |

69  Continuation sheets attached

Sheet no. 45 of 69 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $  **6,503.68**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                    Case No. _____
_____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **CV 2012 900096** <br><br> **Manley, Traeger, Perry, Stapp** <br> **P.O. Box 590** <br> **Demopolis, AL  36732** | | H | business | | | X | 3,500.00 |
| ACCOUNT NO. <br><br> **Mark Gustavson** <br> **1348 Longdale Dr.** <br> **Sandy, UT  84092** | | H | business | | | X | 50,000.00 |
| ACCOUNT NO. <br><br> **Martha Sage** <br> **1301 S. Meadow Lane** <br> **Bolivar, MO  65613** | | H | business | | | X | 4,690.00 |
| ACCOUNT NO.   **IL1012** <br><br> **Massie Advisory Consultants LLC** <br> **4221 Aragon Ct.** <br> **Swansea, IL  62226** | | H | business | | | X | 3,035.92 |
| ACCOUNT NO. <br><br> **Matt Goldsberry** <br> **701 S. Jody Dr.** <br> **Mahomet, IL  61853** | | H | business | | | X | 882.00 |

_69_  Continuation sheets attached

Sheet no. _46_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                    62,107.92

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey _____     Case No. _____
                                    Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9126623 |  | W |  |  |  |  | 57.00 |
| Medical Business Bureau P.O. Box 1219 Park Ridge, IL  60068 |  |  | consumer |  |  |  |  |
| ACCOUNT NO.  IL1013 |  | H |  |  |  | X | 1,915.26 |
| Mel Heimlich LLC 307 S. Milwaukee Ave. Libertyville, IL  60048 |  |  | business |  |  |  |  |
| ACCOUNT NO. |  | H |  |  |  | X | 845.00 |
| Melissa Garbrecht 1007 Sycamore Dr. Shorewood, IL  60404 |  |  | business |  |  |  |  |
| ACCOUNT NO.  1803440 |  | H |  |  |  |  | 151.52 |
| Metro Center for Health 901 Mc Clintock Dr. Burr Ridge, IL  60527 |  |  | consumer |  |  |  |  |
| ACCOUNT NO. |  | H |  |  |  | X | 2,990.00 |
| Michael Endress 304 N. 4th Street Bellwood, PA  16617 |  |  | business |  |  |  |  |

_69_  Continuation sheets attached

Sheet no. _47_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                                    5,958.78

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey**

Debtors

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Michael Taveniere** <br> **110-20 73rd Rd.,  Apt. 5G** <br> **Forest Hills, NY  11375** | | H | business | | | X | 581.30 |
| ACCOUNT NO.    **VISION** <br><br> **Midlantic Technologies Group** <br> **3191 Trewigtown Rd. #100** <br> **Colmar, PA  18915** | | H | business | | | X | 126,087.00 |
| ACCOUNT NO. <br><br> **Modern Eyecare** <br> **5325 Vining St.** <br> **Concord, NC  28027** | | H | business | | | X | 1.00 |
| ACCOUNT NO.    **NC1001** <br><br> **Modern Hearing LLC** <br> **5325 Vining St.  #202** <br> **Concord, NC  28027** | | H | business | | | X | 1.00 |
| ACCOUNT NO. <br><br> **Monte Vista Eye Care Center** <br> **101 Chico Court** <br> **Monte Vista, CO  81144** | | H | business | | | X | 425.50 |

____69____  Continuation sheets attached

Sheet no. __48__ of __69__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 127,095.80

Total  ➤  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Mountain View Eye Associates** 1418 11th Ave. Altoona, PA 16601 | | H | businesss | | | X | 5,000.00 |
| ACCOUNT NO. **PA1005** **Mountain View Eye Associates** 1418 11th Ave. Altoona, PA 16601 | | H | business | | | X | 3,093.74 |
| ACCOUNT NO. **Mountain Vista Eyecare** 7761 Shaffer Parkway #200 Littleton, CO 30127 | | H | business | | | X | 1.00 |
| ACCOUNT NO. **Nancy Nagy** 12113 Silver Sun Dr. Oaklahoma City, OK 73162 | | H | business | | | X | 5,000.00 |
| ACCOUNT NO. **Neuromonics, Inc.** 2810 Emrick Blvd. Bethelehem, PA 18020 | | H | business | | | X | 3,000.00 |

__69__  Continuation sheets attached

Sheet no. __49__ of __69__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **16,094.74**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   John Brian Conrey   Katherine Baber Conrey                          Case No. _____
                          Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **PA 1003**<br><br>**NEWTOPP Enterprises**<br>**2090 Frederickson Place**<br>**Greensburg, PA  15601** | | H | business | | | X | 4,075.26 |
| ACCOUNT NO.<br><br>**oDesk**<br>**901 Marshall St.**<br>**Redwood City, CA   94063-2026** | | H | business | | | X | 500.00 |
| ACCOUNT NO.   **0693565**<br><br>**Office Max Inc.**<br>**75 Remittance Dr. #2698**<br>**Chicago, IL  60675-2698** | | H | business | | | X | 2,263.83 |
| ACCOUNT NO.   **0696871**<br><br>**Office Max Inc.**<br>**75 Remittance Dr. #2698**<br>**Chicago, IL  60675** | | H | business | | | X | 1,762.54 |
| ACCOUNT NO.   **2013-H-25622**<br><br>**Office of the Attorney General**<br>**Health Care Bureau**<br>**100 W. Randolph St.**<br>**Chicago, IL  60601** | | H | business | | | X | 5,000.00 |

_69_  Continuation sheets attached

Sheet no. _50_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $               13,601.63

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __John Brian Conrey   Katherine Baber Conrey_____   Case No. _____

Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                    | | H | | | | X | 106.25 |
| Optical Universal 3369 Buford Hwy. Atlanta, GA  30329 | | | business | | | | |
| ACCOUNT NO.                                    | | H | | | | X | 5,000.00 |
| Optical Universal 3369 Buford Highway #820 Atlanta, GA  30329 | | | business | | | | |
| ACCOUNT NO.                                    | | H | | | | X | 750.00 |
| Owens Optometry 654 E. Main St. New Holland, PA  17557 | | | business | | | | |
| ACCOUNT NO.    PA1007                          | | H | | | | X | 879.30 |
| Owens Optometry 654 E. Main St. New Holland, PA  17557 | | | business | | | | |
| ACCOUNT NO.    IL1010                          | | H | | | | X | 1,170.00 |
| P.E.C. LLC 5460 S. Archer Ave. Chicago, IL  60638 | | | business | | | | |

__69__  Continuation sheets attached

Sheet no. __51__ of __69__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                7,905.55

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                          Case No. _____
                        **Debtors**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **P.S.C.G.  Optics Inc.** 388 Hawkins Ave. Lake Ronkonkoma, NY  11779 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 57,251.22 |
| **Papillon Display Corp.** 703 Kyle Lane Ambler, PA  19002 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 4,790.00 |
| **Patrick Donegan** 86857 Old Woods Trail Gurnee, IL  60031 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 22,000.00 |
| **Perfect Search Media** 116 W. Hubbard St.  #5S Chicago, IL  60654 | | | business | | | | |
| ACCOUNT NO. | | J | | | | | 4,821.48 |
| **Perfection Restoration & Cleaning** 1745 Ihm Blvd. Freeport, IL  60132 **Klein, Daday, Aretos & O'Donoghue LLC** 2550 Golf Rd.  #250 Rolling Meadows  IL  60008 | | | consumer | | | | |

_69_  Continuation sheets attached

Sheet no. _52_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                88,863.70

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __John Brian Conrey   Katherine Baber Conrey_____     Case No. _____
                         **Debtors**                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Performance Eyecare**<br>**2801 W. Main St.**<br>**Belleville, IL  62226** | | H | **business** | | | X | 1.00 |
| ACCOUNT NO.   **5120071852**<br><br>**Phonak LLC**<br>**35555 Eagle Way**<br>**Chicago, IL  60678** | | H | **business** | | | X | 4,323.79 |
| ACCOUNT NO.<br><br>**Pinnacle Eye Group**<br>**3309 Quail Hollow Dr.  #E**<br>**Lambertville, MI  48144** | | H | **business** | | | X | 1.00 |
| ACCOUNT NO.   **8000 9090 0160 4029**<br><br>**Pitney Bowes Credit**<br>**P.O. Box 856042**<br>**Louisville, KY  40285-6042** | | H | **business** | | | X | 10,000.00 |
| ACCOUNT NO.   **1806423**<br><br>**Pitney Bowes Global Financial**<br>**P.O. Box 371887**<br>**Pittsburgh, PA  15250-7887** | | H | **business** | | | X | 1.00 |

              __69__   Continuation sheets attached

Sheet no. __53__ of __69__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                  Subtotal  ➤  $     **14,326.79**

                                       Total  ➤  $

                    (Use only on last page of the completed Schedule F.)
              (Report also on Summary of Schedules and, if applicable on the Statistical
                   Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __John Brian Conrey   Katherine Baber Conrey_____   Case No. _____
                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1806423** <br><br>**Pitney Bowes Global Financial Services** <br>**P.O. Box 371887** <br>**Pittsburgh, PA  15250-7887** | | H | business | | | X | 6,000.00 |
| ACCOUNT NO. **8267735** <br><br>**Pitney Bowes Global Financial Services** <br>**P.O. Box 371887** <br>**Pittsburgh, PA  15250-7887** | | H | business | | | | 50,288.26 |
| ACCOUNT NO. **MAK001873** <br><br>**Podiatric Management Services** <br>**30 S. Michigan Ave.** <br>**Chicago, IL  60603** | | H | consumer | | | | 92.64 |
| ACCOUNT NO. <br><br>**Practice Communications Inc.** <br>**1379 Flushing Rd.** <br>**Flushing, MI  48433** | | H | business | | | X | 23,280.70 |
| ACCOUNT NO. <br><br>**Primary Eye Care Associates** <br>**5460 S. Archer Ave.** <br>**Chicago, IL  60638** | | H | business | | | X | 1.00 |

          69   Continuation sheets attached

Sheet no. __54__ of __69__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal ➤ $        **79,662.60**

                                                       Total ➤ $

                              (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable on the Statistical
                           Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey                          Case No. _____
                        Debtors                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PSC Family Vision Health Center<br>313 S. Carol Malone Blvd.<br>Grayson, KY  41143 | | H | business | | | X | 1.00 |
| ACCOUNT NO.<br><br>Raymond Wenc<br>1519 Schumacher Dr.<br>Bolingbrook, IL  60490 | | H | business | | | X | 2,255.05 |
| ACCOUNT NO.<br><br>RDM Industrial Products<br>1652 Watson Court<br>Milpitas, CA  95035-6822 | | H | business | | | X | 3,120.00 |
| ACCOUNT NO.<br><br>Remley & Sensebrenner S.C.<br>219 E. Wisconsin Ave.<br>Neenha, WI  54956 | | H | business | | | X | 50,000.00 |
| ACCOUNT NO.    122850440300<br><br>Research and Correspondence Dept.<br>P.O. Box 5111<br>Des Plaines, IL  60017 | | H | business | | | X | 2,500.00 |

        69   Continuation sheets attached

Sheet no.  55  of  69  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  ➤  $        57,876.05

                                                      Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>John Brian Conrey   Katherine Baber Conrey</u>                     Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Rhoads Hearing LLC**<br>**27 W. 183 Geneva Rd.**<br>**Winfield, IL  60190** | | H | business | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Riede Hearing Services**<br>**111 S. Madison St.**<br>**Green Bay, WI  54301** | | H | business | | | X | 126.00 |
| ACCOUNT NO.   **MI1002**<br><br>**Robert C. Layman, O.D., Inc**<br>**3309 Quail Hollow Dr.  #E**<br>**Lambertville, MI   48144** | | H | business | | | X | 1,216.25 |
| ACCOUNT NO.<br><br>**Robert Gerowitz LLC**<br>**4880 Euclid Ave.**<br>**Palatine, IL  60067** | | H | business | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Roberto Guzman**<br>**2809 Grand Prairie Dr.**<br>**Joliet, IL  60431** | | H | business | | | X | 960.00 |

<u>69</u>   Continuation sheets attached

Sheet no. <u>56</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                 2,304.25

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                    Case No. _____
                                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3024/3034** | | W | consumer | | | | 1,608.00 |
| **Rush Copley Hospital c/o Diversified Services P.O. Box 80185 Phoenix, AZ  85060** | | | | | | | |
| ACCOUNT NO. | | H | business | | | X | 20,400.00 |
| **S&B Management 13611 Lake Drive Plainfield, IL  60544** | | | | | | | |
| ACCOUNT NO. | | H | business | | | X | 20,400.00 |
| **S&B Management 13611 Lake Drive Plainfield, IL  60544** | | | | | | | |
| ACCOUNT NO.  **NY1001** | | H | business | | | X | 1,247.45 |
| **Sachem Family Eye Care 388 Hawkins Ave. #2 Ronkonkoma, NY  11779** | | | | | | | |
| ACCOUNT NO.  **9310535448** | | H | student loan | | | | 3,400.00 |
| **Sallie Mae P.O. Box 9500 Wilkes Barre, PA  18773-9500** | | | | | | | |

_69_  Continuation sheets attached

Sheet no. _57_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     **47,055.45**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>John Brian Conrey   Katherine Baber Conrey</u>                    Case No. _____
                          Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Sandy Heitmeyer** 3553 E. Kelton Lane Phoenix, AZ  85032 | | H | business | | | X | 3,600.00 |
| ACCOUNT NO. **Scott Lightbody** 1020 S. Wheaton Ave. Wheaton, IL  60189 | | H | business | | | X | 2,271.50 |
| ACCOUNT NO. **Scott Lightbody** 1020 S. Wheaton Ave. Wheaton, IL  60189 | | H | business | | | X | 2,000.00 |
| ACCOUNT NO. **Shops of Unique, Inc.** 3108 S. Rt. 59, Suite 124-295 Naperville, IL  60564 | | H | business | | | X | 200,000.00 |
| ACCOUNT NO. **Simonis Optometry** 155 N. 2nd St. Upland, CA  91786 | | H | business | | | X | 1.00 |

_69_  Continuation sheets attached

Sheet no. _58_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                      207,872.50

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey                     Case No. _____
                                    Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   20071852 | | H | | | | X | 38,215.78 |
| Sona Hearing LLC c/o Unitron 14755 27th Ave. N Plymouth, MN 55447 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 1,356.25 |
| Sound Choice Hearing 2205 E. Morgan Ave. Evansville, IN  47711 | | | business | | | | |
| ACCOUNT NO.   HEA027 | | H | | | | X | 2,463.00 |
| Sound Cure Inc. 560 S. Winchester Blvd. #500 San Jose, CA  95128 | | | business | | | | |
| ACCOUNT NO.   KY1002 | | H | | | | X | 3,007.32 |
| Sound Vision LLC 313 S. Carol Malone Blvd. Grayson, KY  41143 | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 3,856.25 |
| Southern Indiana Hearing Aid Service P.O. Box 271 Corydon, IN  47112 | | | business | | | | |

_____69__  Continuation sheets attached

Sheet no. _59_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $               48,898.60

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>John Brian Conrey   Katherine Baber Conrey</u>          Case No. _____
                                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Southland Eye Associates <br> 19950 S. Governors Hwy. <br> Olympia Fields, IL  60461** | | H | business | | | X | 1.00 |
| ACCOUNT NO. <br> **Southwest Texas Optical <br> 708 S. Bibb <br> Eagle Pass, TX  78852** | | H | business | | | X | 579.95 |
| ACCOUNT NO.  **TX1004** <br> **Southwest Texas Optical <br> 2076 N. Veterans Blvd. #E <br> Eagle Pass, TX  78852** | | H | business | | | X | 1.00 |
| ACCOUNT NO. <br> **Speciality Resources Inc. <br> 112 Oscar Way <br> Chester Springs, PA  19425** | | H | business | | | X | 268,956.86 |
| ACCOUNT NO.  **285354** <br> **Spectrum Brands Inc. <br> 7040 Collection Center Dr. <br> Chicago, IL  60693** | | H | business | | | X | 1,014.10 |

<u>69</u>   Continuation sheets attached

Sheet no. <u>60</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▶  $          **270,552.91**

Total  ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **John Brian Conrey   Katherine Baber Conrey**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **TX1001** <br><br> **Spencer Obie D.O.** <br> **12200 NW Freeway  #360** <br> **Houston, TX  77092** | | H | business | | | X | 1.00 |
| ACCOUNT NO.   **TX1003** <br><br> **SPMP LLC** <br> **1514 W. Oaklawn** <br> **Pleasanton, TX  78061** | | H | business | | | X | 1,765.26 |
| ACCOUNT NO.   **771148** <br><br> **State of Ohio** <br> **Hearing Aid Dealers License Board** <br> **246 N. Hight St.** <br> **Columbus, OH  43215** | | H | business | | | X | 5,000.00 |
| ACCOUNT NO. <br><br> **Steve Chandler, O.D.** <br> **5460 S. Archer Ave.** <br> **Chicago, IL  60638** | | H | business | | | X | 4,725.00 |
| ACCOUNT NO. <br><br> **Strategic Resources** <br> **400- 108th Ave. N.E.  #620** <br> **Bellevue, WA  98004** | | H | business | | | X | 143,500.00 |

<u>69</u>   Continuation sheets attached

Sheet no. <u>61</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 154,991.26

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>John Brian Conrey    Katherine Baber Conrey</u>             Case No. _____
                              **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6879450201276000** <br><br> **Streusand, Landon, Ozburn** <br> **811 Barton Springs Rd. #811** <br> **Austin, TX  78704** | | H | business | | | X | 50,000.00 |
| ACCOUNT NO. <br><br> **Sugar House Vision Clinic** <br> **2178 S. 900 East  #4** <br> **Salt Lake City, UT  84106** | | H | business | | | X | 1.00 |
| ACCOUNT NO.  **20585** <br><br> **Synergy Institute** <br> **2011 S. Washington** <br> **Naperville, IL  60566** | | H | consumer | | | | 100.00 |
| ACCOUNT NO. <br><br> **The Eyeglass Shoppe** <br> **3804 Route 30** <br> **Latrobe, PA  15650** | | H | business | | | X | 1.00 |
| ACCOUNT NO.  **PA1002** <br><br> **The Eyeglass Shoppe LLC** <br> **37404 US 30** <br> **Latrobe, PA  15650** | | H | business | | | X | 2,537.90 |

<u>69</u>  Continuation sheets attached

Sheet no. <u>62</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **52,639.90**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey**                          Case No. _____
_____
Debtors                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 50,000.00 |
| **Thomas Clark** **27 W. Central Ave.** **Delaware, OH  43015** | | | business | | | | |
| ACCOUNT NO. | | H | | | | | 1,140.00 |
| **Thomas Vlach** **477 E. Butterfield Rd. #103** **Lombard, IL   60148** | | | consumer | | | | |
| ACCOUNT NO. | | H | | | | X | 604.00 |
| **TMK Enterprises Inc.** **38362 Chestnut Circle** **Murrieta, CA  92563** | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 1,056.30 |
| **Todd Saxon** **111 Majestic Dr.** **Canonsburg, PA  15317** | | | business | | | | |
| ACCOUNT NO.   008788850024334 | | H | | | | X | 25,000.00 |
| **Trans National** **9600 W. Bryn Mawr Ave.** **Rosemont, IL  60018** | | | business | | | | |

     69   Continuation sheets attached

Sheet no.  63  of  69  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **77,800.30**

Total  ➤  $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Brian Conrey   Katherine Baber Conrey** _____   Case No. _____
_____
Debtors                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **008788850024485**<br><br>**Trans National Inc**<br>**Credit Card Processing**<br>**9600 W. Bryn Mawr 6th Flr.**<br>**Rosemont, IL  60018** | | H | **business** | | | X | **50,000.00** |
| ACCOUNT NO. **274xxx2301**<br><br>**True Green Lawn Care**<br>**c/o Transworld Systems**<br>**507 Prudential Rd.**<br>**Horsham, PA  19044** | | H | **consumer** | | | | **54.06** |
| ACCOUNT NO. **13 CV 00276**<br><br>**Tyler Eye Care, P.A.**<br>**c/o Hester Cox LLP**<br>**P.O. Box 130308**<br>**Tyler, TX  75713**<br><br>**Ames Law Firm PLLC**<br>**P.O. Box 2009**<br>**Tyler, TX  75710** | | H | **business** | | | X | **1.oo** |
| ACCOUNT NO. **TX1002**<br><br>**Tyler Eyecare P.A.**<br>**4139 S. Broadway Ave.**<br>**Tyler, TX  75701** | | H | **business** | | | X | **1.00** |
| ACCOUNT NO. **6Y363W**<br><br>**United Parcel Service**<br>**Lock box 577**<br>**Carol Stream, IL  60132** | | H | **business** | | | X | **1,695.09** |

  69   Continuation sheets attached

Sheet no.  64  of  69  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $       **51,750.15**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey _____     Case No. _____
                          Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  IL1008 <br><br>United Webcast LLC <br>808 E. Union Ave. <br>Fullerton, CA  92831 | | H | business | | | X | 745.00 |
| ACCOUNT NO.  5520071852 <br><br>Unitron <br>14755  27th Ave. N. <br>Plymouth, MN  55447 | | H | business | | | X | 8,049.56 |
| ACCOUNT NO.  OA300F <br><br>UPS <br>P.O. Box 7247-0244 <br>Philadelphia, PA  19170-0001 | | H | business | | | X | 1,109.41 |
| ACCOUNT NO.  U883600 <br><br>UPS Freight <br>28013 Network Place <br>Chicago, IL  60673-1280 | | H | business | | | X | 302.46 |
| ACCOUNT NO.  8US1994E8V <br><br>UPS Supply Chain Solutions <br>28013 Network Place <br>Chicago, IL  60673-1280 | | H | business | | | X | 125.97 |

_69_  Continuation sheets attached

Sheet no. _65_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                     10,332.40

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Brian Conrey    Katherine Baber Conrey**                       Case No. _____
                                    Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **xxxx xxxx xxxx 8918** | | H | | | | X | 9,926.35 |
| **US Bank**<br>**P.O. Box 6353**<br>**Fargo, ND  58125-6353** | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 10,000.00 |
| **US Bank (Capital Leasing)**<br>**Manifest Funding Services**<br>**P.O. Box 790448**<br>**St. Louis, MO  63179-0448** | | | business | | | | |
| ACCOUNT NO.    **xxxx xxxx xxxx 0500** | | H | | | | | 3,023.00 |
| **USAA Credit Card**<br>**10750 McDermott Fwy.**<br>**San Antonio, TX  78288** | | | consumer | | | | |
| ACCOUNT NO.    **xxxx xxxx xxxx 2890** | | | | | | | 8,693.00 |
| **USAA Credit Card**<br>**10750 McDermott Fwy.**<br>**San Antonio, TX  78288** | | | consumer | | | | |
| ACCOUNT NO. | | H | | | | X | 5,000.00 |
| **Vision Care Associates**<br>**600 Franklin St.**<br>**Schenectady, NY  12305** | | | business | | | | |

_69_    Continuation sheets attached

Sheet no. _66_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤    $                              **36,642.35**

Total    ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Brian Conrey   Katherine Baber Conrey** _____          Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Vision Care Associates**<br>**1706 E. Roosevelt Rd.**<br>**Wheaton, IL  60187** | | H | business | | | X | 1,995.00 |
| ACCOUNT NO.  **NY1002**<br><br>**Vision Care Associates**<br>**600 Franklin St.**<br>**Schenectady, NY  12305** | | H | business | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Vision Source**<br>**1849 Kingwood Dr.  #101**<br>**Kingwood, TX  77339** | | H | business | | | X | 10,000.00 |
| ACCOUNT NO.<br><br>**Visions Optometry**<br>**24351 Avenida De La Carlota  #N3**<br>**Laguna Hills, CA  92653** | | H | business | | | X | 1.00 |
| ACCOUNT NO.  **PA1004**<br><br>**Vista Optometry dba Wise Optical**<br>**15 Pine Grove Square**<br>**Grove City, PA  16127** | | H | business | | | X | 1.00 |

_69_  Continuation sheets attached

Sheet no. _67_ of _69_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $       **11,998.00**

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  John Brian Conrey   Katherine Baber Conrey                          Case No. _____
                          Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wanda Hughes <br> 18 Redfern Dr. <br> Youngstown, OH  44505 | | H | business | | | X | 2,533.15 |
| ACCOUNT NO.  38300 <br><br> Warner Tech Care <br> 1655 Terrace Dr. <br> Roseville, MN  55113 | | H | business | | | X | 20,563.00 |
| ACCOUNT NO.  K16630 <br><br> Westone <br> P.O. Box 15100 <br> Colorado Springs, CO  80935-5100 | | H | business | | | X | 3,587.90 |
| ACCOUNT NO.  229031745 <br><br> Wildlife Explorer <br> c/o North Shore Collection <br> P.O. Box 26559 <br> Lehigh Valley, PA  18002 | | J | consumer | | | | 40.07 |
| ACCOUNT NO. <br><br> Witlow Hearing LLC <br> 705 N. Race St. <br> Glasgow, KY  42141 | | H | business | | | X | 1.00 |

69   Continuation sheets attached

Sheet no.  68  of  69  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    26,725.12

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>John Brian Conrey    Katherine Baber Conrey</u>                              Case No. _____
                                        **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 1.00 |
| **Wood Vision Clinic**<br>**713 S. Oak Street**<br>**Iowa Falls, IA  50126** | | | business | | | | |
| ACCOUNT NO. | | H | | | | X | 1,512.00 |
| **Wright Hearing Aid Center Inc.**<br>**810 Highway 6 South #117**<br>**Houston, TX  77079** | | | business | | | | |

<u>69</u>   Continuation sheets attached

Sheet no. <u>69</u> of <u>69</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                1,513.00

Total ➤ $           3,254,905.51

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6G (Official Form 6G) (12/07)**

In re:  <u>John Brian Conrey    Katherine Baber Conrey</u>                    ,    Case No.  _____

Debtors                                                                                         (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   ❑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **John Conrey**<br>**11 S. 456 Walter Lane**<br>**Naperville, IL  60564** | **verbal lease of car** |

**B6H (Official Form 6H) (12/07)**

In re: **John Brian Conrey    Katherine Baber Conrey**                    Case No. _____

                                    **Debtors**                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|

B6I (Official Form 6I) (12/07)

In re **John Brian Conrey Katherine Baber Conrey**     Case No. _____

                  **Debtors**                                     **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **daughter** | **7** |
| | **son** | **4** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **sales** | **housewife** |
| Name of Employer | **FedEX** | |
| How long employed | **3 months** | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | **5,800.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **5,800.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **968.00** | $ | **0.00** |
| b. Insurance | $ | **250.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify) | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,218.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,582.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | **0.00** |
| 11. Social security or other government assistance (Specify) | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify) | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,582.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 4,582.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**I have not included reimbursement for milage from my employer.**

B6J (Official Form 6J) (12/07)

In re <u>John Brian Conrey Katherine Baber Conrey</u>                ,      Case No. _____
                                        **Debtors**                                    **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 0.00 |
| a. Are real estate taxes included? | Yes | No ✓ | | |
| b. Is property insurance included? | Yes | No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | | | $ | 170.00 |
| b. Water and sewer | | | $ | 75.00 |
| c. Telephone | | | $ | 125.00 |
| d. Other **cable internet** | | | $ | 135.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 100.00 |
| 4. Food | | | $ | 500.00 |
| 5. Clothing | | | $ | 20.00 |
| 6. Laundry and dry cleaning | | | $ | 50.00 |
| 7. Medical and dental expenses | | | $ | 50.00 |
| 8. Transportation (not including car payments) | | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 22.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 0.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 125.00 |
| e. Other_____ | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify)_____ | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 311.00 |
| b. Other **ho association dues** | | | $ | 50.00 |
| **verbal car lease** | | | $ | 470.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other **school expense** | | | $ | 150.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,653.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**I have not listed expenses that are reimbursed by my employer.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,582.00 |
| b. Average monthly expenses from Line 18 above | $ | 2,653.00 |
| c. Monthly net income (a. minus b.) | $ | 1,929.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **John Brian Conrey    Katherine Baber Conrey**
                            **Debtors**

Case No. _____
                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **84** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **4/8/2013** _____

Signature:  **s/ John Brian Conrey** _____
                        **John Brian Conrey**
                                        Debtor

Date:  **4/8/2013** _____

Signature:  **s/ Katherine Baber Conrey** _____
                        **Katherine Baber Conrey**
                                    (Joint Debtor, if any)

[If joint case, both spouses must sign]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:   **John Brian Conrey   Katherine Baber Conrey**                          ,        Case No. _____

_____                               Debtors                                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **26,000.00** | **Shops of Unique** | **2011** |
| **unknown** | **Vision Hearing Alliance;  I have not received a W-2 or a 1099** | **2012** |
| **unknown** | **Shops of Unique**<br>**I have not received a W-2 or a 1099.** | **2012** |
| **14,951.00** | **Fed Ex** | **2013** |

### 2.  Income other than from employment or operation of business

None

☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None

☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☐       the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
        not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Tyler Eye Care, P.A., et al.** 13 CV 00276 | **collection** | **U.S. District Court Eastern District Texas** | **pending** |
| **Depart of Labor  Melissa Garbrech v. Brian Conrey et al** 13000323 | **labor claim** | **Illinois Dept of Labor** | **pending** |
| **Scott Lightbody v. HPA, LLC** 12 SC 7368 | civil | **Du Page County  IL** | **pending** |
| **Eugene Rowser v. Bank et al** CV-2012 - 900096 | civil | **Circuit County  Alabama** | **pending** |
| **Department of Labor; David Hammond v. Haring Professionals of America** 0744-13 | **labor dispute** | **Dept. of Labor for the State of IL** | **pending** |
| **Owens Optometrics v. Vision Haring Alliance, Inc.** MJ-02306 CV 0000045-2013 | civil | **Lancaster County  PA** | **pending** |
| **Perfection Restoration and Cleaning v. Katherine Conrey** unknown | civil | **Kendall County  IL** | **judgment** |
| **Earth Mover CU v. Brian Conrey** unknown | civil | **Kendall County  IL** | **judgment** |
| **JP Morgqan Chase v. Brian Conrey et al** 2011 L 77 | civil | **Kendal County IL** | **judgment** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑       immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
        information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.   Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☐       foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
        debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
        whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ally Financial** **P.O. Box 380901** **Bloomington MN  55438-0901** | | **Husband returned company cars.  four buys and one lease.  None of these were owned by the debtors.** |

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Daniel K. Robin Ltd.  2354705** **121 S. Wilke Rd.** **Suite 201** **Arlington Heights, IL 60005** | | **$2307** |

5

## 10. Other transfers

None □ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **John Brad Conrey father** | **03/02/2012** | **The trustee of the land trust, John Brad Conrey, caused the beneficial interest in the land trust to be changed from debtor, John Brian Conrey, to John Brad Conrey. Debtor may have renounced his interest. Debtor does not know the value of the real estate.** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None

☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None

☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Haring Professionals of America, LLC** | | | **manage hearing centers** | **06/01/2010** **12/31/2012** |
| **Shops of Unique** | | | **wholesale of eyeglasses and marketing services** | **06/01/2001** **12/31/2012** |

None ☑   b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **John B. Conrey** | **handled all internal records every year** |
| **Larry Edelheight** | **prepared tax returns each year** |

None ☐ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **John B. Conrey** | | **financial statements were done for 2011 and before** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **John B. Conrey** | **11 S. 456 Walter Lane**<br>**Naperville IL  60564** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Chase Bank** | |

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **John Brian Conrey** | **owner operator** | **100% owner of both companies** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  4/8/2013                              Signature      s/ John Brian Conrey
                                           of Debtor      John Brian Conrey


Date  4/8/2013                              Signature      s/ Katherine Baber Conrey
                                           of Joint Debtor  Katherine Baber Conrey
                                           (if any)

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re    **John Brian Conrey   Katherine Baber Conrey**                   Case No. _____
                                          Debtors                                          Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br><br>**Ally Financial** | **Describe Property Securing Debt:**<br><br>**2013 Chev. Cruze** |

Property will be *(check one)*:
  ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☑ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☐ Claimed as exempt                    ☑ Not claimed as exempt

| Property No.  2 | |
|---|---|
| **Creditor's Name:**<br><br>**Chase** | **Describe Property Securing Debt:**<br><br>**100% of the Shops of Unique, Inc.  This was an eye care distribution company.  nothing left but office supplies.**<br>**807 Preston Lane, Oswego, IL  60543** |

Property will be *(check one)*:
  ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☐ Claimed as exempt                    ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

Page 2

| Property No.  3 | |
|---|---|
| **Creditor's Name:**<br><br>**Ocwen Loan Servicing, LLC** | **Describe Property Securing Debt:**<br><br>**807 Preston Lane, Oswego, IL  60543** |

Property will be *(check one)*:

    ☑ Surrendered       ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt       ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**John Conrey** | **Describe Leased Property:**<br><br>**verbal lease of car** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES    ☐ NO |

   <u>0</u>   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: <u>**4/8/2013**</u>

**s/ John Brian Conrey**
**John Brian Conrey**
Signature of Debtor

**s/ Katherine Baber Conrey**
**Katherine Baber Conrey**
Signature of Joint Debtor (if any)

B 201A (Form 201A) (11/11)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**


# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation  ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.
### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Form B 201A, Notice to Consumer Debtor(s)                                                                          Page 2

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**B 201B** (Form 201B) (12/09)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

**In re** John Brian Conrey                                    Case No. _____

Katherine Baber Conrey
_____
                    **Debtor**                                  Chapter ____7____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

We, the debtors, affirm that we have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| John Brian Conrey | X**s/ John Brian Conrey**                    **4/8/2013** |
|---|---|
| Katherine Baber Conrey | John Brian Conrey |
| | Signature of Debtor                              Date |
| Printed Name(s) of Debtor(s) | X **s/ Katherine Baber Conrey**          **4/8/2013** |
| | Katherine Baber Conrey |
| Case No. (if known) _____ | Signature of Joint Debtor                    Date |

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re   **John Brian Conrey  Katherine Baber Conrey**                                    Case No.

_____                                    _____
Debtor(s)                                                                          *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D)  (12/09) – Cont.**

    ❑  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ❑  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ❑  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ❑  Active military duty in a military combat zone.

    ❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

        **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Katherine Baber Conrey**

                         **Katherine Baber Conrey**

Date:   **4/8/2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re   **John Brian Conrey   Katherine Baber
Conrey**                                                Case No.
_____
            Debtor(s)                                                    *(if known)*

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit
counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can
dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors
will be able to resume collection activities against you. If your case is dismissed and you file another
bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps
to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file
a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑   1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit
counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities
for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate
from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt
repayment plan developed through the agency.*

❏   2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit
counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities
for available credit counseling and assisted me in performing a related budget analysis, but I do not have a
certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the
agency describing the services provided to you and a copy of any debt repayment plan developed through the
agency no later than 14 days after your bankruptcy case is filed.*

❏   3. I certify that I requested credit counseling services from an approved agency but was unable to
obtain the services during the seven days from the time I made my request, and the following exigent
circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing
within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the
agency that provided the counseling, together with a copy of any debt management plan developed
through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any
extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.
Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy
case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

   ❏  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ❏  Active military duty in a military combat zone.

   ❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

   **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **s/ John Brian Conrey**
         **John Brian Conrey**

Date:  **4/8/2013**

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:    **John Brian Conrey**          **Katherine Baber Conrey**          Case No. _____

Debtors                                                                       Chapter   **7**   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,307.00** |
| Prior to the filing of this statement I have received | $ | **2,307.00** |
| Balance Due | $ | **0.00** |

2.  The source of compensation paid to me was:

    ☑  Debtor                    ☐  Other (specify)

3.  The source of compensation to be paid to me is:

    ☐  Debtor                    ☐  Other (specify)

4.  ☐   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
        of my law firm.

    ☑   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
        my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
        attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
         a petition in bankruptcy;

    b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)   [Other provisions as needed]
         **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **per written agreement**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **4/8/2013**  _____

                                              **s/Daniel K. Robin** _____
                                              **Daniel K. Robin, Bar No.  2354705**

                                              **Daniel K. Robin Ltd.  2354705**
                                              Attorney for Debtor(s)

---